# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Terpstra, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Hamstra Heating and Cooling, Inc., et al., <br><br> Defendants. | CV 12-0850-TUC-JR <br><br> **ORDER** |

Pursuant to the Stipulation for Dismissal by the Parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, each of the parties to bear their own costs and attorneys' fees incurred herein.

Dated this 24th day of April, 2015.

*Jacqueline M. Rateau*
Jacqueline M. Rateau
United States Magistrate Judge